

# Fourth Court of Appeals
## San Antonio, Texas

November 12, 2025

No. 04-25-00692-CV

**IN RE** Bharath **RAMANATH**

Original Proceeding[1]

**ORDER**

Sitting:    Adrian A. Spears II, Justice
H. Todd McCray, Justice
Velia J. Meza, Justice

On October 28, 2025, relator filed a petition for writ of mandamus challenging proceedings in Bexar County Justice Court. We lack jurisdiction to issue a writ of mandamus against a justice of the peace or justice court unless it is necessary to preserve our jurisdiction. *See* TEX. GOV'T CODE § 22.221 (writ power of the courts of appeals); *see also In re Ramirez*, No. 04-22-00469-CV, 2022 WL 3908846, at *1 (Tex. App.—San Antonio Aug. 31, 2022, orig. proceeding) (courts of appeal lack jurisdiction to consider matters arising directly from justice court). Accordingly, relator's petition for writ of mandamus is **DISMISSED**.

It is so **ORDERED** on November 12, 2025.

_____
Velia J. Meza, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 12th day of November, 2025.

_____
Caitlin A. McCamish, Clerk of Court

---

[1]This proceeding arises out of Cause No. 310C2401184, styled *Calvary Spy I, LLC, as Assignee of Citibank, N.a. v. Bhareth Ramanath*, pending in the Bexar County Justice Court, Texas, the Honorable Julie Bray Patterson presiding.